IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | : | CASE NO. 3:16MJ193 |
| SEALED DOCUMENT | : | |
| | : | ORDER SEALING APPLICATION, SEARCH WARRANT, SUPPORTING AFFIDAVIT AND RETURN |
| | : | |

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit, Search Warrant and Return for captioned Search Warrant be sealed and kept from public inspection until further Order of this Court.

_8/30/16_
DATE

_____
MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE